```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2-12-20
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------

UNITED STATES OF AMERICA

v.

PETER COATES,

            Defendant.
-----------------------------------------------------------

**ORDER SETTING**
**BAIL CONDITIONS**

05 Cr. 1073 (AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

    WHEREAS the Court held an initial appearance and arraignment on February 12, 2020 on eight violations of supervised release submitted to the Court on September 1, 2015;

    WHEREAS the Court accepted the defendant's plea of guilty on Specifications 6, 7, and 8;

    WHEREAS the Court considered the arguments of the parties regarding whether the defendant should remain detained pending sentencing in this matter; and

    WHEREAS the Court has determined that there exist conditions sufficient to assure the Court of the defendant's appearance at court and the safety of the community;

    IT IS THEREFORE ORDERED THAT the defendant satisfy the following conditions of bail and that the United States Probation Office monitor the defendant's compliance therewith:

- Prior to release on bail, the defendant is ORDERED TO:
    - Post a bond in the amount of $50,000 secured by two financially responsible persons;
    - Submit to a drug assessment to determine whether the defendant is vulnerable to return to the use of illegal substances; and

- Receive electronic monitoring sufficient to monitor the defendant's location while on bail, and such monitoring should not interfere with his ability to seek and participate in gainful employment. The United States Probation Office's standard conditions of electronic monitoring apply to the defendant:
    - The defendant must be monitored by location monitoring via Radio Frequency (RF) Monitoring, while on bail. The defendant must pay all or part of the costs of participation in the location monitoring program as directed by the court and the probation officer.
    - The selected form of location monitoring technology must be utilized to monitor the following restriction on the defendant's movement in the community as well as other court-imposed conditions of release:
    - The defendant is restricted to the residence described in this Order at all times except for employment; employment search, education; religious services; medical, substance abuse, or mental health treatment; attorney visits; Court appearances; Court-ordered obligations; or other activities as preapproved by the U.S. Probation Office.
- During his release, the defendant is ORDERED TO
    - Reside with his daughter, Tanisha Coates;
    - Call the Probation Office daily to verify the defendant's residence;
    - Continue on electronic location monitoring;
    - Submit to weekly drug testing;
    - Diligently seek employment; and
    - Not violate any of the conditions of supervised release previously imposed in this matter.

IT IS FURTHER ORDERED THAT the Probation Office submit to the Court within thirty days of the defendant's release a report detailing his compliance or noncompliance with the conditions of his release.

SO ORDERED

Dated:   February 12, 2020
         New York, New York

ALVIN K. HELLERSTEIN
United States District Judge