UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
UNITED STATES OF AMERICA,

        Plaintiff,

v.

PETER COATES.

        Defendant.
-------------------------------------------------------------- X

**SCHEDULING ORDER**

05 Cr. 1073 (AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

        The hearing in this matter previously set for March 27, 2020 is hereby adjourned *sine die* pursuant to the attached standing order. The Court shall issue an order scheduling a new date in due course. In the interim, all previous orders of this Court remain in full effect.

SO ORDERED.

Dated:    March 18, 2020
           New York, New York

ALVIN K. HELLERSTEIN
United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3-18-20

1

20mc163
Colleen McMahon

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE: CORONAVIRUS/COVID-19 PANDEMIC

STANDING ORDER

THIS MATTER RELATES TO:
The Central Violations Bureau

M10-468

WHEREAS in recognition of the coronavirus COVID-19 pandemic the President of the United States having issued a declaration of national emergency on March 13, 2020,

WHEREAS the United States District Court for the Southern District of New York having subsequently entered a Standing Order on March 16, 2020, regarding Entry into Courthouses, M10-468, to protect the public health and reduce the size of public gatherings,

WHEREAS, it is currently unclear when the United States Courthouses in the district will again be fully accessible,

IT IS HEREBY ORDERED all appearances for Violation Notices scheduled before this Court are continued until further order of the Court. The Court finds specifically that a continuation of violation matters before the Court during this time could result in a significant miscarriage of justice.

Having adjourned all violation matters, persons with previously scheduled violation hearings will not be permitted to enter any courthouse in the district in accordance with the court's March 16, 2020, Standing Order described above.

Persons whose violation hearings have been adjourned by this order will receive a new Notice to Appear at a future date.

SO ORDERED.

Dated:   March 17, 2020
         New York, New York

_____
COLLEEN McMAHON
Chief United States District Judge